UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBIN SINGH EDUCATIONAL SERVICES INC, *et al*, <br><br>     Plaintiffs, <br> VS. <br><br> TEST MASTERS EDUCATIONAL SERVICES INC, *et al*, <br><br>     Defendants. | § <br> § <br> § <br> § <br> §   MULTIDISTRICT LITIGATION ACTION NO. <br> § 4:04-MD-1646 <br> § <br> § <br> § <br> § |

## RELEASE ORDER

The Court has found Mr. Robin Singh and his counsel Daniel Sheehan in contempt of Court and ordered Mr. Sheehan to be incarcerated until such time as he and his client have purged themselves of contempt. In an effort to provide an opportunity to remedy the contempt, the Court orders that he be temporarily released from the custody of the U.S. Marshals Service. Mr. Sheehan is ordered to appear before this court at 10:00 a.m. on May 17, 2013 to show cause why he should not be re-incarcerated. Mr. Sheehan is ordered not to leave the City of Houston until after the scheduled Show Cause hearing.

SIGNED at Houston, Texas, this 16th day of May, 2013.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE